# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                             CASE NO. 3:09cr29/RV

COREY CAMPBELL COACHMAN

**REFERRAL AND ORDER**

Referred to Judge Vinson on 8/12/2010
Type of Motion/Pleading Motion for Extension of Reporting Date
Filed by: USA     on 8/12/10     Doc. No. 76
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                          on       Doc. No.
                                          on       Doc. No.
WILLIAM M. McCOOL, CLERK OF COURT

*/s/ Joanne Ahr*
Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 16th day of August, 2010, that:

(a) The requested relief is GRANTED to October 18, 2010.
(b) _____

                                                  /s/ *Roger Vinson*
                                                ROGER VINSON
                                                SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Knight/Rabby/USM

                                                 Document No.